**ORTEGA COMPANY, a corporation, v. L. E. MEEKER**

16 So. (2nd) 650                                          January Term, 1944
February 4, 1944                                              Division B

*J. Henry Blount,* for appellant.
*Frank M. Lipscomb,* for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.